THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**CLOUDING CORP., Appellant**

v.

**UNIFIED PATENTS, INC., Appellee.**

No. 2015–1799.

United States Court of Appeals, Federal Circuit.

May 19, 2016.

Tarek N. Fahmi, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

Daniel Craig Cooley, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented James R. Barney, Washington, DC; Jonathan Stroud, Washington, DC.

Robert McBride, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Michael Sumner Forman, Scott Weidenfeller.

NEWMAN, DYK, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**COMMONWEALTH LABORATORIES, INC., Plaintiff–Appellee**

v.

**QUINTRON INSTRUMENT COMPANY, INC., Defendant–Appellant.**

No. 2015–2010.

United States Court of Appeals, Federal Circuit.

May 19, 2016.

Jay F. Utley, Baker & McKenzie LLP, Dallas, TX, argued for plaintiff-appellee. Also represented by Erin M. Choi; Jodi Pandolfi, Lee Stapleton, Miami, FL.

Daniel R. Johnson, Ryan, Kromholz & Manion, S.C., Milwaukee, WI, argued for defendant-appellant. Also represented by Joseph A. Kromholz; Lawrence Dean Goodman, Devine Goodman Rasco & Watts–FitzGerald, LLP, Miami, FL.

NEWMAN, DYK, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**